(No. 6119-)

ALL WEATHER COURTS, INC., Claimant, *vs.* THE BOARD OF REGENCY OF THE REGENCY UNIVERSITIES SYSTEM, ILLINOIS STATE UNIVERSITY, Respondent

*Opinion filed March 24, 1972.*

ALL WEATHER COURTS, INC., Claimant, pro se.

MARKOWITZ, LAWRENCE, LENZ & JENNINGS, Attorney for Illinois State University, and PAUL E. MATHIAS, Attorney for Board of Regents, for Respondent.

HOLDERMAN, J.

(No. 6056-)

COMMUTER AIRLINES, INC., An Iowa Corporation, Claimant, *vs.* STATE OF ILLINOIS, VARIOUS AGENCIES, Respondent.

*Opinion filed March 24, 1972.*

NICHOLAS G. MANOS, Attorney for Claimant.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PERLIN, C.J.